UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARGARET S. PATTON, INDIVIDUALLY
AND AS LEGAL REPRESENTATIVE OF THE
HEIRS-AT-LAW OF ORIS RED PATTON, DECEASED                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:07CV653 DPJ-JCS

MOBILE MEDIC AMBULANCE SERVICE, INC.
d/b/a AMERICAN MEDICAL RESPONSE, INC.                        DEFENDANT

JUDGMENT

For the reasons given in the order granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 6th day of January, 2009.

                                          s/ *Daniel P. Jordan III*
                                          UNITED STATES DISTRICT JUDGE